IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES,

      Plaintiff,                    No. CIV S-08-1812 EFB

      vs.

SACRAMENTO COUNTY
SHERIFF'S DEPARTMENT, et al.,

      Defendants.            ORDER

      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

////

1  He asserts that officers have refused to comply with the certification requirement. However, he
2  has not submitted any evidence that he attempted to obtain the certification or identify the
3  officers who refused to assist him in this regard. Therefore, the court cannot accept the *in forma*
4  *pauperis* application in its current form.
5      Accordingly, plaintiff has 30 days from the date this order is served to submit the
6  required trust account statement or institutional equivalent. The Clerk of the Court shall send to
7  plaintiff the form application for leave to proceed *in forma pauperis* used in this court.
8  Plaintiff's failure to comply with this order may result in this action being dismissed.
9      So ordered.
10 Dated: January 28, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE